# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| JOE ANTHONY ALANIZ, | § § | CIVIL ACTION NO 4:22-cv-01991 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HARRIS COUNTY, TEXAS, *et al*, | § § | |
| Defendants. | § | |

### ORDER GRANTING MOTIONS TO DISMISS

Plaintiff Joe Anthony Alaniz filed an amended complaint in this action on July 18, 2022. Dkt 12. Defendants Harris County, Sheriff Ed Gonzales, and Deputy Mark Cannon filed motions to dismiss. Dkts 15, 16 & 18. Plaintiff moved for an extension of time to respond to the first two motions. Dkt 21. The motion was granted, with the deadline to respond extended to August 26, 2022. Dkt 22. But Plaintiff never responded to any of the motions or requested further enlargement of time.

"Failure to respond to a motion will be taken as a representation of no opposition." LR 7.4.

The motions by Defendants Harris County, Sheriff Ed Gonzales, and Deputy Mark Cannon to dismiss the first amended complaint of Plaintiff Joe Anthony Alaniz are GRANTED as unopposed. Dkts 15, 16 & 19.

The first amended complaint of Plaintiff Joe Anthony Alaniz is DISMISSED WITHOUT PREJUDICE. Dkt 12.

So ordered.

Signed on September 21, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge