## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOE ANTHONY ALANIZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No.: 4:22-cv-1991** |
| | § | **JURY DEMANDED** |
| **HARRIS COUNTY, TEXAS,** | § | |
| **SHERIFF ED GONZALEZ,** | § | |
| **DEPUTY VANESSA ESQUEDA,** | § | |
| **SGT. ANA ORTIZ, DEPUTY MARK** | § | |
| **CANNON** | § | |
| **Defendant.** | | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

## TO THE HONORABLE DISTRICT COURT JUDGE CHARLES ESKRIDGE:

Plaintiff Joe Anthony Alaniz ("Plaintiff" or "Mr. Alaniz") files this his Second Amended Complaint and Request for Jury Demand, and in support of his claims against Harris County, Ed Gonzalez, in his official capacity, and Deputy Mark Cannon, in his individual capacity, Plaintiff alleges the following:

## I. NATURE OF THE CASE

1.      This Court has jurisdiction over Plaintiff's federal claims under 28 U.S.C. § 1331, 42 U.S.C. §§ 1983, 1985, and 1988, as well as the First, Fourth, and Fourteenth Amendments to the United States Constitutional and Federal laws. This case involves the use of excessive force and deprivation of constitutional rights belonging to Plaintiff after Deputy Cannon, and Ed Gonzalez, as state actors while acting under the color of state law, deprived Mr. Alaniz of his liberty and freedom interests to be free from excessive and unreasonable force,

unlawful detainment, false arrest, an illegal search and seizure, and claims against Harris County for pursuant to the Americans with Disabilities Act.

4.    Venue is proper in this Court because the incident occurred in Harris County, Texas, which is located in the United States Southern District of Texas.

## II. <u>JURISDICTION AND VENUE</u>

1.    This Court has jurisdiction over Plaintiff's federal claims under 28 U.S.C. § 1331, 42 U.S.C. §§ 1981, 1983, 1985, and 1988, as well as the Fourth, and Fourteenth Amendments to the United States Constitutional and Federal laws.

2.    This case involves the use of unreasonable excessive force and deprivation of constitutional rights belonging to Plaintiff by a state actor and/or under the color of state law which includes, but is not limited to, deprivation of Plaintiff's liberty and freedom interests from excessive and unlawful detainment, search and seizure, and claims under the Americans with Disabilities Act.

3.    Venue is proper in this Court because the incident occurred in Harris County, Texas, which is located in the United States Southern District of Texas.

## III. <u>PARTIES</u>

4.    Plaintiff, Joe Anthony Alaniz, is an individual who is a resident of Harris County, Texas.

5.    Defendant, Harris County, Texas, is a governmental unit existing within Harris County.

6.      Defendant, Ed Gonzalez, in his official and individual capacity as Sheriff of Harris County.

7.

8.      Defendant, Deputy Cannon, a state actor, in his individual capacity as an officer acting under the color of law for Harris County.

## BACKGROUND FACTS

9.       Mr. Alaniz is a Latino male, with a disability.

10.     He often rode his bike as advised by his physician for therapeutic purposes. He has a diagnosed disability, a brain tumor that he has been living with that makes him prone to seizures, and the need for therapeutic daily bike rides. He rides his bike throughout his local community to help to calm, relax him, and cope with his disability.

11.     On Friday, May 29, 2020, Mr. Alaniz rode his bicycle along the feeder road of I-10 (interstate ten) near Mckey and San Jacinto Street.

12.     When he reached the area, he came upon a group of unknown individuals who were gathering and a group of Harris County Sheriff's Office ("HCSO") deputies and Houston Police Department (HPD) officers. He stopped his bike to assess the situation, and without explaining what was going on, HCSO Sergeant Ortiz asked Mr. Alaniz to move off the street onto the sidewalk, and he complied.

13.     Mr. Alaniz tried to keep his distance from everybody and remain safe as he filmed the historical event unfolding in Houston live on Facebook. His right under the first amendment.

14.     Unbeknownst to Mr. Alaniz, the protestors and officers were gathered in the area as a result of the news and cell phone footage released of the killing of Houston native George Floyd by Minneapolis Police in Minneapolis, Minnesota.

15.     Mr. Alaniz was unaware of the protest and had no intentions of participating. Mr. Alaniz kept a distance from everyone, including officers and protestors, Deputy Cannon walked up to him and told him to get on his bike and ride away with the group.

16.     Deputy Cannon advised Mr. Alaniz to leave the sidewalk in conflict to the orders Alaniz received from HCSO Sergeant Ortiz. He was then asked to move by the sergeant and join a protest group, but Mr. Alaniz tried to explain that he was not with the group. Cannon did not allow him to explain, cut him off, and expressed he did not care whether Mr. Alaniz was with the group or not, Alaniz had to go with the group.

17.     As Mr. Alaniz tried to explain, Cannon gave Alaniz five seconds to navigate tall grass, weeds, and large rocks to ride away.

18.     Cannon began to aggressively count down, 5, 4, 3, 2, and when he got to the count of one, without considering that Mr. Alaniz could have any disabilities, Cannon did not give any instructions to allow Mr. Alaniz to comply with any detention efforts,

19.     Cannon grabbed Mr. Alaniz and flung him to the ground.

20.     Other unknown law enforcement personnel swarmed in and joined in using force against Mr. Alaniz until the officers handcuffed and dragged him by his arms.

21.     He did not argue with the officers when they unlawfully demanded he leave from the open field. Despite Mr. Alaniz being fully compliant as he attempted to leave as ordered.

22.    Other unknown law enforcement personnel joined in using force against Mr. Alaniz until the officers handcuffed and dragged him by his arms.

23.    Mr. Alaniz had trouble walking with the officer to a Harris County Sheriff's Office bus because he was being detained by the officers roughly, causing tension in his right shoulder.

24.    Deputy Vanessa Esqueda watched the unreasonable force but did nothing to intervene, although she was able to intervene, Cannon arrested him and placed him in a bus full of other arrestees.

25.    This action caused the dislocation of his right shoulder. Mr. Alaniz blacked out and has no memory while on the bus.

26.    He has a diagnosed disability, a brain tumor that he has been living with that makes him prone to seizures, and the need for therapeutic daily bike rides.

27.    Mr. Alaniz repeatedly screamed he did not do anything and tried to express that he had a disability but was not allowed to opportunity by Cannon or the other officers.

28.    His $2200.00 Trek bicycle, which contained his wallet inside the emergency kit, was

29.    left at the scene. These items should have been placed on his personal property.

30.    All of the items were recovered four to five hours later by a Facebook viewer, Isac Saenz, who saw where Mr. Alaniz was on the live videos and came to the location.

31.    Mr. Alaniz was thankful to the gracious stranger.

32.    Thankfully, his property was left in the tall grass and weeds and could not be seen from the road.

33.     There was body-worn camera footage of the incident from Deputy Mark Cannon and Sergeant Anna Ortiz. Cannon's body-worn camera had the audio turned off.

34.     Deputy Cannon and other officers placed Mr. Alaniz in handcuffs.

35.     Deputy Cannon dragged Mr. Alaniz to a Harris County Bus, where he was given to other officers.

36.     HCSO Deputies left Mr. Alaniz's Trek bicycle, wallet, and other property at his arrest location.

37.     Intake officers documented there was an investigation hold for Mr. Joe Alaniz, and he was booked on May 30, 2020.

38.     Upon intake at the Harris County Joint Processing Center (JPC), Mr. Alaniz did not receive medical attention initially, nor was he ever explained the reason for his arrest.

39.     The items listed on the property were one shoe, one cell phone, two bracelets, a black

40.     shirt, and a pair of black shorts.

41.     Mr. Alaniz was released a day later. Mr. Alaniz went to Herman Memorial Hospital Southeast Campus after his release.

42.     Mr. Alaniz had a history of brain tumors and seizures.

43.     Cannon pushed him down onto rocks, making him land on his elbows and knees.

44.     When he was released from custody, he went to the hospital emergency room and complained of head injury, bilateral legs and arms pain, and soreness everywhere.

45.     A radiology report dated June 1, 2020, indicated findings are consistent with right acromioclavicular separation.

46.     Mr. Alaniz suffered an injured shoulder and was diagnosed with a right acromioclavicular separation.

47.     Deputy Cannon admits to using force, although contrary to Mr. Alaniz's excessive force recollection, he untruthfully claimed the force was only enough necessary to apply the handcuffs on Mr. Alaniz instead of the malicious striking, dragging and pulling of the submissive plaintiff who sought to explain facts to Cannon.

48.     This is also the reason he failed to document the use of force and submit a Report, Mr. Alaniz complained of pain and injury.

49.     On Wednesday, June 3, 2020, after his release, Mr. Alaniz filed an Internal Affairs report, gave an interview, and provided a sworn statement which initiated an investigation.

50.     The Sheriff's IAD Disciplinary Committee investigated Sergeant Ortiz and Deputy Mark Cannon; the committee believed some of Mr. Alaniz's version of the facts and partially sustained his complaint against Cannon.

51.     Deputy Fosdick took pictures of Mr. Alaniz's injuries during the interview to document the scrapes, scratches, swelling, and bruises over his body.

52.     Mr. Alaniz also provided Deputy Fosdick with the video he took of the incident before his arrest on Friday, May 29, 2020.

53.     Mr. Alaniz also signed multiple copies of the medical release form so medical records from his visit to Southeast Hermann Hospital on Monday, June 1, 2020, would release his records to Harris county.

54.     After IAD, Deputy Pierre Atkinson conducted a preliminary investigation and took

statements and photos from Mr. Alaniz, information IAD shared with Deputy Mark Cannon.

55.     IAD waited nearly five months to investigate the concerns and take a statement from Ortiz on Friday, October 30, 2020.

56.     Lieutenant Eric Batton admitted to internal affairs in his interview that Harris County Sheriff's Deputies made the arrest but failed to complete its own paperwork.

57.     Batton blamed the Houston Police Department for losing Mr. Alaniz's paperwork also.

58.     The criminal magistrate did not arraign Mr. Alaniz because he did not commit a crime, and the magistrate could not since there was no paperwork completed or placed in the booking JIMS system.

59.     IAD confirmed there was no arrest report generated or HCSO report generated. Mr.

60.     Alaniz's arrest and the use of force against him was completely undocumented.

61.     The Harris County Sheriffs' Office also confirmed Deputy Cannon and Sergeant Ortiz both failed to document the use of force.

62.     Cannon's peers in IAD recommended he be reprimanded but insubstantially for leaving Mr. Alaniz's property while excusing and condoning the rest of his conduct.

63.     The committee, Sheriff Ed Gonzalez, and Susan Cotter failed to adequately discipline Cannon or Ortiz.

64.     The Harris County Sheriff's Office internal affairs department consists primarily of temporarily assigned officers that rotate in and out of the position for a temporary period

from their regularly assigned duties as officers.

65.     It is not a dedicated position that an officer can be assigned to by the department.

66.     An IAD officer could be placed back on their regular assigned duty, working side by side with an officer they were assigned to investigate the week before.

67.     An officer who has worked side by side with another officer for one week might be moved to the IAD temporary position and assigned to investigate that same officer for another week.

68.     The Harris County Sheriff's Office IAD division is flawed by design in that it pits fellow officers against one another and is of no use to the citizens who rely on the investigations and the results.

69.     The result is that the investigating officer would have to weigh engaging in a meaningful investigation against a co-worker costing her or him their career or discipline and looking the other way, finding ways to minimize or cover up unreasonable and unconstitutional conduct, then having to return to regular duty from their temporary IAD assignment after chosen from the forgoing decisions and deal with any consequences from the course of action they choose to take from the choices available.

70.     In addition to the flawed IAD practices, Harris County Sheriff's Office promotes a practice of falsifying facts to gain probable cause to support an otherwise invalid arrest by failing to train and discipline its officers for knowingly making false statements and allegations to support an arrest.

71.     Even after an investigation and review of body-worn camera footage that is reviewed with the Sheriff Ed Gonzalez for approval or denial, there is no discipline, and a blind eye is turned to unconstitutional actions captured on video.

72.     Officers know their unconstitutional actions will not be reviewed unless reported. There is no policy in Harris County to review body worn cameras, dash cam for surveillance footage randomly, or routinely for misconduct.

73.     Additionally, supervisors are trained, pursuant to the HCSO policy, to review all deputies' statements on a significant incident scene and make sure the statements do not conflict before accepting the statements.

74.     The officer witness statements must be approved by a supervising officer before it is accepted and is often returned to the officers to make changes to correct contradictions.

75.     The HCSO supervisors have the power to destroy camera footage, and have a practice of engaging in exactly those actions then alleging the video is no longer available.


## CAUSES OF ACTIONS

**42 U.S.C. §1983 Constitutional Rights Violations Pursuant to the First, Fourth, and Fourteenth Amendment & Bystander Liability.**

76.     Plaintiff adopts, incorporates, restates, and re-alleges all previous paragraphs, inclusive, with regard to all causes of action.

77.     Defendant Cannon is liable for excessive force, unreasonable use of force, as Ortiz, and Vanessa Esqueda for failing to protect Plaintiff from unreasonable use of excessive

force, and wrongful false arrest based on false imprisonment in violation of the 4th and 14th Amendments.

78.     Defendant Harris County is liable to Plaintiff for failure to train or discipline its officers for unreasonable use of force and failing to protect Plaintiff from unreasonable use of force and excessive force in violation of the Fourth and Fourteenth Amendments.

79.     Specifically, Defendant Harris County by and through its agents, staff, officers, or employees violated Plaintiff's Constitutional rights to be free from unreasonable and excessive force by causing injuries to Plaintiff, as a result of the unreasonable use of force.

80.     Defendant Harris County, is a state actor, acting under the color of law and within the scope of its responsibilities and/or employment and authority, intentionally and with conscious, callous, deliberate indifference deprived Plaintiff of his constitutional rights to be free from unreasonable and excessive use of force and seizure by failing to properly train, supervise or discipline its officers. As such, Plaintiff sues Harris County, as state actors acting under the color of law, pursuant to 42 U.S.C. § 1983 for violations of Plaintiff's liberty and freedom interests. **Ed Gonzalez is the policymaker for the area of law enforcement for Harris County with the duty to train supervise and discipline Harris County deputies.**

## ADA Claims

81.     Plaintiff hereby adopts, incorporates, restates, and re-alleges all previous paragraphs, inclusive, and with regard to all causes of action.

82.     The ADA not only protects against disparate treatment against discrimination, it also creates an affirmative duty in some circumstances to provide special, preferred treatment, or 'reasonable accommodation.

83.     Harris County and Cannon had an affirmative duty to provide special, preferred treatment or reasonable accommodation to Mr. Alaniz based on his disability. Cannon was not trained by Gonzalez or Harris County to recognize, inquire, investigate or respond to a person with a disability and accommodate their special needs.

84.     This was also the case with Shekeitha Holman who was physically disabled when she encountered HCSO Deputies while in a wheelchair.

85.     They took her from her wheelchair and threw her to the ground like Cannon threw Mr. Alaniz to the ground, but they went further with Ms. Holman and tasered her, before wrongly falsely arresting her.

86.     The ADA makes it unlawful to fail to provide reasonable accommodations for the known physical or mental limitations of otherwise qualified individuals with disabilities unless the accommodations would impose an undue hardship on the operation of the business. Mr. Alaniz tried to explain himself to Deputy Cannon as he did the investigating officer that he was just riding his bike to alleviate the adverse effects he experienced due to his brain tumor, but Cannon would not allow it.

### Ratification by Harris County and Pattern/ Practice of Excessive Force

87.     Plaintiff hereby adopts, incorporates, restates, and re-alleges all previous paragraphs, inclusive, and with regard to all causes of action.

88.     Plaintiff had his rights violated and was injured due to the policies, practices, customs, and procedures of Harris County.

89.    Defendant Harris County is a municipality in Texas. It's Sheriff's office is one of over 25 local law enforcement agencies with arresting authorities in the area. The arrestees are taken to the Harris County jail. The Harris County jail has a population on average of about 8000-9000. The HCSO deputies average about 1800 arrests per year according to public records, about 5% of its arrests are unlawful false arrest without probable cause, a steady average since there is no retraining or discipline for intentional false arrest. It has a practice, custom, culture, procedure, and training of permitting and encouraging excessive force against suspects, inmates, and persons in their custody.

90.    No person was adequately disciplined or reprimanded after the investigation of this incident, thereby ratifying the conduct set forth above.

91.    Harris County either determined that there was partial misconduct and violation and just a menial error occurred or failed to investigate and excuse any excessive and unreasonable use of force and failure to protect from excessive and unreasonable use of force was consistent with departmental policy and created in the department and expectation of impunity for the use of excessive and unreasonable use of force and failure to protect.

92.    Defendant Harris County and its deputies have a pattern and practice of using excessive force on its citizens and failing to protect them from the use of unreasonable excessive force.

93.    Harris County and Gonzalez failed to train, and supervise its agents, staff, officers, and employees after prior past unreasonable unconstitutional conduct that resulted in a culture of emboldened behavior.

94.     Defendant Harris County has a practice, custom, culture, procedure, and training of permitting and failing to discourage its agents, staff, officers, and employees not to use excessive and unreasonable use of force against persons in its custody.

95.     Defendant's policies, practices, and/or customs were a moving force in causing the unconstitutional conduct alleged herein. Plaintiff intends to show that there was a failure to supervise and correct the wrongful and illegal behavior of its agents, staff, officers, and employees; there was a culture of silence, concealment and toleration of such conduct, and there was a failure to train resulting in the unreasonable force and false arrest, as well as First Amendment violation for denying his right to speech, and record. The Harris County deputies retaliated against Mr. Alaniz for recoding their actions live on Facebook.

96.     The following are additional instances of false arrest, arrest made without probable cause and dismissed as a result made by Harris County deputies as a result of allowing such arrest without probable cause and not training or discipline for the false arrest and these failures are the moving force behind Alaniz's unlawful false arrest resulting in his false imprisonment.

97.     On  March 7, 2018, Chase Roshad Brooks was falsely arrested by Deputy  George Lopez for interference with public duties and on March 9, 2018 Magistrate found no probable cause.

98.     On August 10, 2018, Nicholas  Wayne  Alvarez  was  falsely  arrested  by  Deputy Desmond Spivery for interference with public duties on  April  24,  2019  Judge  found  no probable cause to believe a crime existed.

99.     On August 11, 2018, Cora Yvonne Shores was falsely arrested by Deputy Roland Rodriguez for failure to ID on August 13, 2018 Magistrate found no probable cause.

100.    On March 7, 2018 Chase Roshad Brooks, was falsely arrested by Deputy George Lopez for interference with public duties on March 9, 2018, the magistrate found no probable cause and the case was dismissed.

101.    On April 28, 2018, Maxim Ivshin was falsely arrested by Deputy Stepha Quintanilla for interference with public duties. On April 30, 2018, the magistrate found no probable cause and the case was dismissed.

102.    On July 7, 2018, Travis Aaron Shumate was falsely arrested by Deputy Chris Wilkerson for evading arrest as the sole witness. The case was dismissed on July 9, 2018 after the magistrate found no probable cause.

103.    On July 7, 2018, Denecia Mccutcheon, was falsely arrested by Deputy Jordan Reinert for evading arrest as the sole witness the case was dismissed on July 9, 2018 Magistrate found no probable cause.

104.    On July 15, 2018, Miguel Angel Albarran, was falsely arrested by Deputy Richard V Burgess for evading arrest as the sole witness the case was dismissed on July 16, 2018, Magistrate found no probable cause.

105.    On March 6, 2018, Brandon James Milam, was falsely arrested by Deputy Gerardo N Tuerina for failure to ID on July 3, 2018 Magistrate judge found no probable cause.

106.    On March 3, 2018, Jamarcus Mcgilbray, was falsely arrested by Deputy Melynda Martinez for interference with public duties on March 9, 2018, the Magistrate judge found no probable cause.

107.    On May 8, 2018, Jorge Roque Perez, was falsely arrested by Deputy Stephanie M Rios for interference with public duties on May 9, 2018, the Magistrate judge found no probable cause.

108.    On February 14, 2018, Jorge Monzon, was falsely arrested by Deputy Susan Hernandez for failure to ID on February 15, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense alleged by the arresting officers.

109.    On July 7, 2018, Renoir Donyale Warner, was falsely arrested by Deputy Ruben Gonzalez for evading arrest as the sole witness the case was dismissed on July 9, 2018, the criminal court dismissed the case because no probable cause exists at the time to believe the defendant committed the offense alleged by the arresting officers.

110.    On July 4, 2018, Stephen Aaron Thomas, was falsely arrested by Deputy Andre H Tran for evading arrest as the sole witness the case was dismissed on  July 6, 2018, the criminal court dismissed the case because no probable cause exists at this time to believe the defendant committed the offense alleged by the arresting officers.

111.    On February 7, 2018, Ramiro Ruiz Perez, was falsely arrested by Deputy Manuel Martinez, IV  For failure to ID on February 13, 2018, the criminal court dismissed the case

because no probable cause exists to believe the defendant committed the offense by the magistrate.

112. On May 8, 2018, Derek Hanson, was falsely arrested by Deputy Jose Paiz for interference with public duties on May 9, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense.

113. On February 17, 2018, Shannill Monique Gipson, was falsely arrested by Deputy Rawltyn Hart for interference with public duties on February 19, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense. probable cause found.

114. On July 5, 2018, Yvonne Lee Perez was falsely arrested by Deputy Clinton Nash for failure to ID on July 9, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense by the magistrate.

115. On April 28, 2018, Israel Alejandro Wing was falsely arrested by Deputy Ronny Keener Jr for interference with public duties on April 30, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense. Probable cause found by magistrate

116. On March 7, 2018, Katie I. Jacobs was falsely arrested by Deputy Gerardo N Tuerina for failure to ID on July 3, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense. probable cause found by the magistrate judge.

117.    On April 28, 2018, Regina Castillo-Flores, was falsely arrested by Deputy Dakota Ray Pennick for interference with public duties on April 30, 2018, the criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense alleged by the arresting officers, according to the magistrate.

118.    On March 2, 2018, Lillie R Echols was arrested by Deputy Braxton Turner for evading arrest as the sole witness the case was dismissed on March 5, 2018. The criminal court dismissed the case because no probable cause exists to believe the defendant committed the offense alleged by the arresting officers, according to the magistrate.

119.    On March 11, 2018 Deputy Shamanada Harris arrested Keneau Laymond, Christopher Bonner, Akia Laymond for interference with public duties. On March 13, 2018 the case was dismissed because there was no probable cause existed at this time to believe the defendants committed offense.

120.    The examples in Appendix A and foregoing are a few examples of retaliatory, malicious false arrests committed by HCSO deputies when there has been no complaint from a third party. The officers are the "complaining witness" and after the officer initiated false arrest for crimes. Where the arresting deputy and/or their partner is also the complaining witness after there is a finding of no probable cause there is also not a single instance of Harris county disciplining, training or retraining its officers for the false arrest to stop the practice of arrest without probable cause and is the moving force behind the constitutional violation. Additionally, after Harris County and Ed Gonzalez have become

aware of the unlawful practices it ratifies the actions by concealing the information like videos, and other documentation.

## VI. <u>ATTORNEY'S FEES</u>

121.    Plaintiff is entitled to recover attorney's fees and costs to enforce his constitutional rights under 42 U.S.C. § 1981, 1982, 1983, 1985, and 1988 from Defendant.

## VII. <u>JURY TRIAL</u>

122.    Plaintiff demands trial by jury on all issues triable to the jury.

## VIII. <u>DAMAGES</u>

123.    As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendants' acts as described herein, Plaintiff was caused to suffer loss, and to endure anxiety, pain, injury, surgery, and illness resulting in mental anguish and damages more fully set forth below.

124.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

a.      Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of his injuries resulting from the incident complained of herein, and such charges are reasonable and were usual and customary charges for such services in Harris County, Texas;

b.      Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

c.   Physical pain and suffering in the past and Physical pain and suffering in the future;

d.   Mental anguish in the past and Mental anguish in the future;

e.   Physical impairment in the past, and Physical impairment which, in all reasonable probability, will be suffered in the future;

f.   Loss of Household Services in the past and Loss of Household Services in the future;

g.   Disfigurement in the past and Disfigurement in the future;

h.   Cost of medical monitoring and prevention in the future; and

i.   Punitive damages.

j.   And attorney fees

## PRAYER FOR RELIEF

Plaintiff prays for judgment on his behalf against Defendant and asks this Court, after impaneling a jury and accepting the presentation of evidence, to enter judgment in favor of Plaintiff and against Defendant and to be identified in at least the following particulars:

A.   Enter judgment for Plaintiff against Defendant;

B.   Find that Plaintiff is the prevailing party in this case and award attorney's fees and costs, pursuant to federal law, as noted against Defendant;

C.   Award damages to Plaintiff for the violation of his Constitutional rights claims;

D.   Award pre-and post-judgment interest;

E.   Award punitive damages against Defendant;

F.   Cost of court; and

G. Grant such other and further relief as appears reasonable and just, to which, Plaintiff shows himself entitled.

Respectfully submitted,
By: /s/U.A. Lewis
Lewis Lewis Law Group
U.A. Lewis
Texas Bar No. 24076511
PO BOX 27353
Houston, TX 77227
T(713) 570-6555
F (713) 581-1017
Attorney for Plaintiff
myattorneyatlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to each counsel of record through ECF on the date of this filing.

**/s/ U.A. Lewis**

**U.A. Lewis**

# APPENDIX A
## CASES OF ARREST BY HARRIS COUNTY SHERIFF
## DISMISSED FOR LACK FOR LACK OF PROBABLE CAUSE

| 209080001010 | LENARD, APRIL NICOLE | 05/13/2016 | INTERFERE DUTIES PUB SERVANT | 05/24/16 |
|---|---|---|---|---|
| 208139201010 | MELGAR, JOSE E. | 3/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 3/3/2017 |
| 208148601010 | LEWIS, DOMINIQUE | 3/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 4/21/2016 |
| 208148801010 | MIRELES, RUSSELL JUAN | 3/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 3/23/2016 |
| 208150601010 | CARRERA, JORJE LUIS | 3/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 4/27/2016 |
| 208144401010 | BROWN, BRIANNA S. | 3/22/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 7/27/2016 |
| 208144601010 | WILKINS, SHQUAIL | 3/22/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 12/16/2016 |
| 208164101010 | VARNADO, ANDRE | 3/23/2016 HCSO | EVADING ARREST/DETENTION | 6/29/2016 |
| 208164701010 | GONZALEZ, JESSICA BARRERA | 3/23/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 6/9/2016 |
| 208151001010 | PARNELL, ROBERNISHA | 3/23/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 3/13/2017 |
| 150375701010 | BARIDEAUX, THADDEUS | 3/24/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 5/26/2016 |
| 150383701010 | LOGAN, WINTER | 3/24/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 3/31/2016 |
| 208169101010 | JORDAN, JOSEPH C | 3/24/2016 HCSO | EVADING ARREST/DETENTION | 3/28/2016 |
| 150371601010 | ERVIN, TAYANA NICOLE | 3/24/2016 HCSO | EVADING ARREST/DETENTION | 10/23/2018 |
| 150373701010 | BRIGGS, KATRINA LYN | 3/24/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 1/30/2019 |
| 150386801010 | ZEPEDA, MARTIN F | 3/24/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 4/17/2018 |

| | | | | |
|---|---|---|---|---|
| 51235001010 | RAY, BRANDON | 6/3/2016 | EVADING ARREST/DETENTION | |
| 209451301010 | LEYVA, LESTER | 6/3/2016 HCSO | EVADING ARREST/DETENTION | 9/28/2016 |
| 209455801010 | MITSCHKE, COLE AARON | 6/3/2016 HCSO | EVADING ARREST/DETENTION | 11/8/2016 |
| 209464901010 | PARCHMAN, TARAJAY LEROY | 6/3/2016 HCSO | EVADING ARREST/DETENTION | 6/6/2016 |
| 209454601010 | CANTU, JORGE BAEZA | 6/3/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 6/6/2016 |
| 209467701010 | COLEMAN, DEMETRIC ARTEZ | 6/3/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 7/12/2016 |
| 209471101010 | ALVARADO, TABITHA ALLEN | 6/3/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 2/6/2018 |
| 209485401010 | HYLAND, THOMAS JAMES | 6/4/2016 HCSO | EVADING ARREST/DETENTION | 6/7/2016 |
| 209475101010 | ALVAREZ, ANTHONY | 6/4/2016 HCSO | FALSE REPORT TO POLICE OFFICER | 6/6/2016 |
| 151262101010 | GRIFFIN, ROGER | 6/5/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 7/12/2016 |
| 209486501010 | MEDRANO, LUIS | 6/5/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 1/10/2017 |
| 209487801010 | AUSTIN, JUSTIN LOUIS | 6/5/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/7/2017 |
| 209499801010 | BROWN, FREDERICK W. | 6/5/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 6/6/2016 |
| 209487901010 | RODRIGUEZ, GIOVANNI | 6/5/2016 | INTERFERE DUTIES PUB SERVANT | 1/2/2018 |
| 151265901010 | SAENZ, ABELANDO | 6/6/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 10/2/2017 |
| 209513301010 | PENNINGTON, EARNESTINE J. | 6/6/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 6/7/2016 |
| 209513901010 | NEWKIRK, JOHN RANDY | 6/6/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 6/7/2016 |
| 209509601010 | BRAVO-CRESPO, JUANA BEATRIS | 6/6/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 7/25/2016 |
| 151280201010 | ROSE, EDDIE JR | 6/7/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 12/2/2016 |

| | | | | |
|---|---|---|---|---|
| 209523601010 | COLEMAN, DEVANTE | 6/7/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/12/2016 |
| 151297201010 | STEWART, ANTHONY L. | 6/8/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 8/2/2016 |
| 209541701010 | DEMPS, JAMES RAY | 6/8/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 3/16/2017 |
| 209549101010 | PHILPOT, RODNEY LEE | 6/8/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 6/9/2016 |
| 209553501010 | GILLIAM, JACOLETY DARREAL | 6/8/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 6/16/2016 |
| 209555101010 | CAICEDO, EDER | 6/9/2016 HCSO | EVADING ARREST/DETENTION | 6/10/2016 |
| 209558201010 | BLAZE, AMBER J | 6/9/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 1/25/2017 |
| 209592301010 | SMITH, COHRION | 6/10/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 6/13/2016 |
| 209574101010 | VEGA, JOSE A | 6/10/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 1/5/2018 |
| 209590201010 | BERRY, TAYLOR | 6/10/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 7/22/2016 |
| 209591801010 | LAWRENCE, ROBERT | 6/10/2016 | INTERFERE DUTIES PUB SERVANT | 4/12/2017 |
| 209597401010 | LINDSEY, DAVID WAYNE JR | 6/11/2016 HCSO | EVADING ARREST/DETENTION | 6/16/2017 |
| 151336001010 | HUDSON, THOMAS | 6/11/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 5/3/2017 |
| 151334801010 | CHAVEZ, RICHARD FERNANDO | 6/11/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 6/13/2016 |
| 209609901010 | ROBLES, JOSE | 6/11/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 9/2/2016 |
| 209607001010 | ZARATE, CRISTIAN | 6/11/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 11/1/2016 |
| 209604401010 | FUENTES-BONILLA, JOSE DANIEL | 6/11/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 6/15/2016 |
| 151348701010 | AYALA, MIGUEL | 6/12/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 11/9/2016 |

| | | | | |
|---|---|---|---|---|
| 151351001010 | ZURITA, MAVERICK | 6/12/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 8/12/2016 |
| 210295201010 | OTERO, RENE ALFONSO | 7/22/2016 HCSO | EVADING ARREST/DETENTION | 9/6/2016 |
| 210295301010 | JOSEPH, DARIUS | 7/22/2016 HCSO | EVADING ARREST/DETENTION | 9/8/2016 |
| 210294401010 | KIRKSEY, EMMANUEL PAUL | 7/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/25/2016 |
| 210304201010 | CHAVARRIA, JOSUE ALEXANDER | 7/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 2/15/2017 |
| 210300601010 | ROBINSON, ASHTON | 7/22/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/10/2016 |
| 151782501010 | FAJARDO, KENE URIEL | 7/23/2016 HCSO | EVADING ARREST/DETENTION | 11/4/2016 |
| 210316701010 | FOSTER, BRUCE ALAN | 7/23/2016 HCSO | EVADING ARREST/DETENTION | 1/31/2017 |
| 151788801010 | BOWIE, EBONY LASHA | 7/23/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 7/28/2016 |
| 210307001010 | JACKSON, ANTAVIA | 7/23/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 1/12/2017 |
| 210316401010 | FLORES, HUGO | 7/23/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 9/26/2017 |
| 210346601010 | WASHINGTON, KEDDRICK T | 7/25/2016 HCSO | EVADING ARREST/DETENTION | 10/4/2016 |
| 151803001010 | BOTELLO, JAIME | 7/25/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 1/26/2017 |
| 210339701010 | MUSLIM, BILAL AMIN | 7/25/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 7/26/2016 |
| 210335601010 | GARCIA, ARMANDO | 7/25/2016 HCSO | FALSE REPORT TO POLICE OFFICER | 10/12/2016 |
| 210343201010 | TAYLOR, COURTNEY | 7/25/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 6/17/2021 |
| 210339601010 | THOMAS, TRISTAN NEAL | 7/25/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 10/25/2016 |
| 210349801010 | RUFFINS, ANTHONY | 7/26/2016 HCSO | EVADING ARREST/DETENTION | 7/27/2016 |
| 210349601010 | LOTT, JOSHUA | 7/26/2016 | EVADING ARREST/DETENTION | 7/29/2016 |

| | | | | |
|---|---|---|---|---|
| | | HCSO | | |
| 210361801010 | RICE, SHENIQUA | 7/26/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 9/16/2016 |
| 210349701010 | RUFFINS, ANTHONY | 7/26/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/27/2016 |
| 210349501010 | GARCIA, GERMAN | 7/26/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/27/2016 |
| 210353601010 | RODRIGUEZ, EDWIN A | 7/26/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/27/2016 |
| 151821001010 | VAUGHN, SONIA | 7/27/2016 HCSO | EVADING ARREST/DETENTION | 6/20/2018 |
| 151821401010 | HANCOCK, DOUGLAS WADE | 7/27/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 6/12/2017 |
| 151831601010 | KANNEH, JAMIL JULIENE | 7/27/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 9/6/2016 |
| 151831001010 | BINDER, JOHNNY | 7/27/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 5/11/2017 |
| 210375601010 | NEWTON, JORDAN JAMALL | 7/27/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 7/28/2016 |
| 151846101010 | LINWOOD, AHTEBA DARRON | 7/28/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 6/19/2018 |
| 210387501010 | WILLIAMS, DENNIS | 7/28/2016 HCSO | EVADING ARREST/DETENTION | 9/21/2017 |
| 210386401010 | GERALDO, ARIZMENDI | 7/28/2016 HCSO | EVADING ARREST/DETENTION | 7/29/2016 |
| 210387601010 | WILLIAMS, DENNIS | 7/28/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/18/2016 |
| 210382501010 | RINN, DARRELL | 7/28/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 7/29/2016 |
| 151848901010 | SEMIEN, KENLEY ETTIENNE | 7/29/2016 HCSO | EVADING ARREST/DETENTION | 1/20/2017 |
| 210397801010 | LAVEN, PAUL A. | 7/29/2016 HCSO | EVADING ARREST/DETENTION | 12/8/2016 |
| 210410801010 | FARQUER, ANGELA DAWN | 7/29/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/1/2016 |
| 210425101010 | MENDOZA, JOSE DANIEL | 7/30/2016 HCSO | EVADING ARREST/DETENTION | 9/30/2021 |

| | | | | |
|---|---|---|---|---|
| 210418201010 | WILKINSON, KENDALL HOWE | 7/30/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 1/24/2018 |
| 210420001010 | ERICKSON, ALLEN | 7/30/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 10/24/2016 |
| 151870001010 | GRAY, GEORGE W | 7/31/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 2/17/2017 |
| 210430701010 | FAYLOR II, GENE ALAN | 7/31/2016 HCSO | EVADING ARREST/DETENTION | |
| 210443701010 | GALEANA, YULI | 7/31/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 12/7/2016 |
| 210442301010 | WOODRUFF, KENNETH | 7/31/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/1/2016 |
| 210456001010 | JOHNSON, SHEDRICK KALALISS | 8/1/2016 HCSO | EVADING ARREST/DETENTION | 8/2/2016 |
| 151874801010 | THOMAS, DARREN | 8/1/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 8/9/2017 |
| 210445901010 | HUGHES, MALIK PRINCE | 8/1/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/10/2016 |
| 210447101010 | WILLIAMS, ELIOT L. | 8/1/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 1/31/2022 |
| 210470501010 | SERNA, RENEE E. | 8/2/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/4/2016 |
| 210469101010 | PAGE, JOSEPH CHRISTOPHER | 8/2/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/12/2016 |
| | | | | |
| 210482101010 | FIELDS, OCTAVIA DEANTWON | 8/3/2016 HCSO | EVADING ARREST/DETENTION | 11/1/2016 |
| 210488001010 | NEGRETE, RICARDO | 8/3/2016 HCSO | EVADING ARREST/DETENTION | 2/20/2018 |
| 151897101010 | BOYD, GARY LEE | 8/3/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 2/27/2017 |
| 210482201010 | FIELDS, OCTAVIA DEANTWON | 8/3/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 11/1/2016 |
| 210477601010 | RUTHERFORD, JENNERRIC D | 8/3/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 9/14/2016 |
| 151912301010 | DICKERSON, MARSHALL KEVIN | 8/4/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 12/19/2016 |

| 210496701010 | BUSTILLO, JAIME | 8/4/2016 HCSO | EVADING ARREST/DETENTION | 2/21/2017 |
|---|---|---|---|---|
| 210499301010 | SABILLON, JOSUE ALEXANDER | 8/4/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 10/14/2016 |
| 210495101010 | MCKINNEY, LEONBRIA | 8/4/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 6/20/2017 |
| 210491401010 | COLSON, MONIQUE | 8/4/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 12/6/2016 |
| 210493001010 | JACOBS, CHERMORROW | 8/4/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 12/1/2016 |
| 210513401010 | COYLE, SHANE HAROLD | 8/5/2016 HCSO | EVADING ARREST/DETENTION | 9/28/2017 |
| 210516901010 | DAVILA, MONICA | 8/5/2016 HCSO | EVADING ARREST/DETENTION | 8/8/2016 |
| 210517201010 | RIBAS, LYNETTE | 8/5/2016 HCSO | EVADING ARREST/DETENTION | 10/2/2017 |
| 210518001010 | CASTRO, JOSE | 8/5/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/17/2016 |
| 210515201010 | TENORIO, LUIS | 8/5/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 1/24/2017 |
| 210534401010 | CASTILLO, JUAN THOMAS | 8/6/2016 HCSO | EVADING ARREST/DETENTION | 8/8/2016 |
| 151936601010 | LEWIS, ERIC | 8/6/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 2/15/2018 |
| 210528901010 | FRANSAW, TYRONE | 8/6/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/12/2016 |
| 210529401010 | TOLLEY, VINCENT PAUL | 8/6/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 2/6/2018 |
| 210539801010 | HUNTSMAN, IAN T. | 8/7/2016 HCSO | EVADING ARREST/DETENTION | 8/24/2016 |
| 151949601010 | JACKSON, JESSE EMBROSE | 8/7/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 10/11/2016 |
| 151952601010 | STEELE, ANTWUAN | 8/8/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 8/9/2016 |
| 210568901010 | GILFORD, ALEJANDRA MARIA | 8/8/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/10/2016 |
| 210569801010 | EDWARDS, JEREMIAH RON | 8/8/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 3/20/2017 |

| 151966401010 | DEMBO, JAKARIAN | 8/9/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 5/30/2017 |
|---|---|---|---|---|
| 210581801010 | HWANG, DEN LUH PETER | 8/9/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 10/27/2017 |
| 151981601010 | HARRELL, ELROY | 8/10/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 1/22/2018 |
| 210590001010 | XAYADETH, CHARLES | 8/10/2016 HCSO | EVADING ARREST/DETENTION | 8/12/2016 |
| 210597701010 | JONES, SHELDON GENE | 8/10/2016 HCSO | EVADING ARREST/DETENTION | 8/12/2016 |
| 151981101010 | HERNANDEZ, RAFAEL | 8/10/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 10/24/2016 |
| 151981201010 | BAKER, RANDY JAMES | 8/10/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 5/30/2017 |
| 210599501010 | IRVIN, DENNIS M | 8/10/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/19/2016 |
| 151991301010 | HARRIS, MICHAEL DEWAYNE | 8/11/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 9/25/2018 |
| 151991201010 | WILLIAMS, VERNON LEE | 8/11/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 8/15/2016 |
| 151994101010 | CAMIJO, ARIAN | 8/11/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 10/2/2017 |
| 151983401010 | PAREDES-MANDUJANO, VICTOR MANUEL | 8/11/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 12/9/2016 |
| 210600301010 | SANCHEZ, JOSE MANUEL QUINTER | 8/11/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 12/14/2016 |
| 210611701010 | NUNLEY, DARELL WAYNE | 8/11/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 10/17/2016 |
| 210622601010 | HAMILTON, MICHAEL | 8/12/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/15/2016 |
| 210618001010 | TRUONG, LAI VAN | 8/12/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 11/9/2016 |
| 210628901010 | REYNOZA, JOSE | 8/13/2016 HCSO | EVADING ARREST/DETENTION | 1/5/2017 |
| 210628301010 | KYLES, DRAYSHUN | 8/13/2016 HCSO | EVADING ARREST/DETENTION | 11/2/2016 |
| 210627501010 | TUCKER, BILLY GERALD | 8/13/2016 HCSO | EVADING ARREST/DETENTION | 9/14/2016 |

| | | | | |
|---|---|---|---|---|
| | | HCSO | | |
| 152013601010 | PHILLIPS, JOHNATHAN | 8/13/2016 HCSO | EVADING ARREST/DETENTION | 8/24/2016 |
| 210635301010 | HARKINS, JEREMIAH | 8/13/2016 HCSO | EVADING ARREST/DETENTION | 1/19/2017 |
| 210652501010 | HAYNES, CORINE DANIELLE | 8/14/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/16/2016 |
| 210651101010 | DOMINGUEZ, OCIEL | 8/14/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 11/14/2016 |
| 210639801010 | LEWIS, RISHAWN DERAY | 8/14/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 8/18/2016 |
| 210640601010 | BALVIN, HERNAN MAURICIO | 8/14/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 11/10/2016 |
| 210644801010 | JAMES, FABERGE ANTWANE | 8/14/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/16/2016 |
| 152029001010 | DUKES, CHARLES J | 8/15/2016 HCSO | EVADING ARREST/DETENTION | 11/8/2017 |
| 210668001010 | ROBERTSON, KENDRICK KENNARD | 8/15/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/16/2016 |
| 210668501010 | VANDERPOOL, ALISA KAY | 8/15/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/18/2016 |
| 210656301010 | REYNAGA, JOSE R. | 8/15/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 11/2/2016 |
| 210673501010 | CRANSON, CLIFFORD ALVIN | 8/16/2016 HCSO | EVADING ARREST/DETENTION | 3/24/2013 |
| 210671801010 | THOMAS, TRACI ANN | 8/16/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/18/2016 |
| 210670201010 | SMITH, ROYCE GLENN | 8/16/2016 HCSO | FALSE REPORT TO POLICE OFFICER | 9/23/2016 |
| 152043401010 | VALENCIA, ISAIAH | 8/17/2016 12/13/2018 4 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 11/11/2016 |
| 152042101010 | LOPEZ, SERGIO MARTIN | 8/17/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 12/13/2018 |
| 210685301010 | WHITFIELD, VINCENT CYRONE | 8/17/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/18/2016 |
| 210700301010 | ROACH, VIRGLE DALE | 8/18/2016 | EVADING ARREST/DETENTION | 7/15/2019 |

| | | | | |
|---|---|---|---|---|
| | | HCSO | | |
| 210704901010 | MOSQUERA, NICHOLAS | 8/18/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 9/2/2016 |
| 210706201010 | WALKER, DAVID FREDERICK | 8/18/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 8/19/2016 |
| 210698101010 | CARACHEO, ERICK JUSTIN | 8/18/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 2/28/2017 |
| 210717901010 | PRIETO, MARVIN | 8/19/2016 HCSO | EVADING ARREST/DETENTION | 1/4/2017 |
| 210718001010 | TROCHES, HERMIN YOEL | 8/19/2016 HCSO | EVADING ARREST/DETENTION | 8/22/2016 |
| 210717701010 | LOZANO, EFRAIN GONZALEZ | 8/19/2016 HCSO | EVADING ARREST/DETENTION | 11/4/2016 |
| 152069401010 | VILLANUEVA, PEDRO | 8/19/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 1/24/2020 |
| 210730501010 | BUTLER, JAMES | 8/20/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 8/22/2016 |
| 152081201010 | GOMEZ, WILFREDO U. PUENTE | 8/20/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 4/27/2017 |
| 210728101010 | WHITE, MARIAN D | 8/20/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/22/2016 |
| 152094501010 | FRANTA, BRANDON LEVI | 8/21/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 12/2/2016 |
| 152092101010 | COOPER, JAMES U. | 8/21/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 5/31/2019 |
| 210742201010 | NUNN, VALERIA | 8/21/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 11/11/2016 |
| 210758501010 | MORRIS, KACY | 8/21/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 10/7/2016 |
| 210773101010 | NGUYEN, TUAN | 8/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 12/14/2016 |
| 210768901010 | RODRIGUEZ, JUAN JESUS VACA | 8/22/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 9/28/2016 |
| 152121601010 | 8/24/2016 | 8/24/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 8/25/2016 |
| 152121701010 | HEMPHILL, FELTON | 8/24/2016 HCSO | EVADING ARREST/DETENTION | 8/29/2016 |

| | | | | |
|---|---|---|---|---|
| 210809801010 | JONES, DAVID CHARLES | 8/24/2016 HCSO | EVADING ARREST/DETENTION | 8/26/2016 |
| 152121201010 | GALLION, TIMOTHY LEE | 8/24/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 12/1/2016 |
| 152128201010 | JORDAN, JULIUS | 8/24/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 7/21/2017 |
| 210817201010 | MCCAINE, LADIJIA DESHAY | 8/25/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 9/7/2016 |
| 152149101010 | HARRIS, MICHAEL DEWAYNE | 8/26/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 7/31/2018 |
| 210838001010 | PIPER, DEANNA LENETTE | 8/26/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 8/29/2016 |
| 152164401010 | RICHARD, PERRY | 8/27/2016 HCSO | EVAD ARREST/DETENTION W/PREV CONV | 9/22/2016 |
| 210853301010 | LARIOS, JOSE AMADEO | 8/27/2016 HCSO | EVADING ARREST/DETENTION | 8/29/2016 |
| 152171901010 | CRUZ, CHRISTOPHER ANTONIO | 8/27/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 2/9/2017 |
| 210846801010 | CLIFTON, DARRYL KEITH | 8/27/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 9/20/2016 |
| 210853201010 | LARIOS, JOSE AMADEO | 8/27/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/29/2016 |
| 210857901010 | REICHARDT, MARC | 8/27/2016 HCSO | FALSE REPORT TO POLICE OFFICER | 6/16/2017 |
| 210857401010 | FORGETTA, BROOKE | 8/27/2016 HCSO | FALSE REPORT TO POLICE OFFICER | 11/11/2016 |
| 210853901010 | BRISCO, ELIJAH AMOS | 8/27/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 11/18/2016 |
| 210858701010 | VASQUEZ, DANIEL | 8/28/2016 HCSO | FAIL TO ID TO P.O. FALSE INF/FUG | 8/29/2016 |
| 210885301010 | HENDRICKS, ZACHARY | 8/29/2016 HCSO | EVADING ARREST/DETENTION | 12/1/2016 |
| 210875101010 | SINEGAL, RONALD LEE JR | 8/29/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 11/17/2016 |
| 210888201010 | LAWSON, AALEYAH | 8/29/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 8/31/2016 |
| 210887901010 | CLARK, KAMESHA | 8/29/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 11/4/2016 |

| | | | | |
|---|---|---|---|---|
| 210880101010 | RAMOS, JOSE AMILCAR | 8/29/2016 HCSO | INTERFERE DUTIES PUB SERVANT | 11/6/2017 |
| 210905901010 | FULLER, JEREMY | 8/30/2016 HCSO | EVADING ARREST/DETENTION | 9/1/2016 |
| 152199701010 | ALEX, XAVIER JEREMY | 8/30/2016 HCSO | EVADING ARREST/DETENTION W/VEHICLE | 11/10/2016 |
| 210898201010 | HYCHE, LISA MARIE | 8/30/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 9/8/2016 |
| 210894401010 | CAMPBELL, BRITNEY ALICIA | 8/30/2016 HCSO | FAIL TO ID TO P.O. FALSE INF | 9/6/2016 |