United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOE ANTHONY ALANIZ, | § § | CIVIL ACTION NO 4:22-cv-01991 |
| Plaintiff, | § § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| HARRIS COUNTY, TEXAS and SHERIFF ED GONZALEZ. | § § § § | |
| Defendants. | § | |

## ORDER

Pending are motions for summary judgment and to suspend pretrial and trial deadlines by Defendants Harris County and Sheriff Ed Gonzalez. Dkts 97, 98 & 112.

Pending also is Plaintiff Joe Alaniz's motion in *limine*. Dkt 111.

The docket call set for March 18, 2025 in this matter is CANCELED.

The remaining deadlines in the current scheduling order are ABATED. Dkt 75.

The motions will be heard on Wednesday, April 16th, 2025, at 10:30am.

SO ORDERED.

Signed on March 17, 2025, at Houston, Texas.

*/s/ CR Eskridge*
Hon. Charles Eskridge
United States District Judge