## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOE ANTHONY ALANIZ, | § | CIVIL ACTION NO. 4:22-cv-1991 |
| *PLAINTIFF,* | § | |
| | § | |
| V. | § | JURY DEMANDED |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| SHERIFF ED GONZALEZ, | § | |
| DEPUTY VANESSA ESQUEDA, | § | |
| SGT. ANA ORTIZ, DEPUTY | § | |
| MARK CANNON | § | |
| *DEFENDANTS.* | § | |

### PLAINTIFF'S RESPONSE TO DEPUTY CANNON'S ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Admit that you did not tell Deputy Cannon you had a brain tumor on May 29, 2020.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 2:** Admit that you did not tell any other officer on May 29, 2020, that you had a brain tumor.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 3:** Admit that no one can see your brain tumor by looking at you.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 4:** Admit that your cell phone video of May 29, 2020, does not show you telling anyone you had a brain tumor.

times on May 29, 2020 to move away from the protestors, as your cell phone video shows.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 12:** Admit that other officers besides Deputy Cannon told you that you had to move away from protesters on May 29, 2020, as shown on your video.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 13:** Admit that Sgt. Ortiz told you to move away from protesters on May 29, 2020, as your cell phone video shows.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 14:** Admit that Sgt. Ortiz told you multiple times to move away from protesters on May 29, 2020.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 15:** Admit that you argued with Deputy Cannon about why you should not have to move away from protesters on May 29, 2020.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 16:** Admit that you argued with Sgt. Ortiz about why you should not have to move away from protesters on May 29, 2020.

**ANSWER: Admit**

**REQUEST FOR ADMISSION NO. 17:** Admit that you pulled away from Deputy Cannon as he tried to cuff you.

**ANSWER: Admit**