# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOE ANTHONY ALANIZ, PLAINTIFF, | § § |
| V. | § Civil Action No.: 4:22-cv-1991 § JURY DEMANDED |
| HARRIS COUNTY, TEXAS, SHERIFF ED GONZALEZ, DEPUTY VANESSA ESQUEDA, SGT. ANA ORTIZ, DEPUTY MARK CANNON, DEFENDANTS. | § § § § § § |

## PLAINTIFF'S MOTION TO STRIKE DKT 122 OR IN THE ALTERNATIVE CORRECT THE RECORD

TO THE HONORABLE JUDGE CHARLES ESKRIDGE:

Plaintiff, Joe Alaniz files this his Motion to Strike Dkt 122 or in the alternative correct the docket entry to reflect the correct filing. Dkt 122 is purported to be filed by the plaintiff, Joe Alaniz but it was not. The submission of this document was objected to by Plaintiff at the hearing in which it was introduced on April 22, 2025. Further, the complete document served the defendants contained five pages, here only three pages were submitted by this filer. Evident by the missing signature block and certificate of service.

The following transaction was entered on 5/12/2025 at 9:42 AM CDT and filed on 4/22/2025
**Case Name:** Alaniz v. Harris County, Texas et al
**Case Number:** 4:22-cv-01991
**Filer:** Joe Anthony Alaniz
**Document Number:** 122

**Docket Text:**
**PLAINTIFF'S RESPONSE TO DEPUTY CANNON'S ADMISSIONS by Joe Anthony Alaniz, filed. (jmg4)**

## CONCLUSION

Plaintiff requests this court strike the filed admissions, Dkt 122 or in the alternative correct the record to add all pages of the document and the correct filer.

Respectfully submitted,  
By: /s/U.A. Lewis  
Lewis Law Group  
U.A. Lewis  
Texas Bar No. 24076511  
PO BOX 27353  
Houston, TX 77227  
T(713) 570-6555  
F (713) 581-1017  
Attorney for Plaintiff  
myattorneyatlaw@gmail.com

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel conferred with counsel for Defendants on 5/12/2025, via email, they have not indicated whether they were opposed to the motion.

/s/ U.A. Lewis

U.A. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and the foregoing document has been sent to all known counsel by e-service/ECF, first class mail, electronic mail, telecopy, hand delivery, and/or certified mail, return receipt requested on all parties of record who have made an appearance in this case on the date of this filing May 12, 2025.

/s/ U.A. Lewis

U.A. Lewis

## DECLARATION

My name is U.A. Lewis. My DOB is ███████████. My SBN is 24076511. I am an attorney of record on this case and have personal knowledge of the allegations and facts stated herein, and they are true and correct that Joe Alaniz did not file Dkt. 122, determined after a conference with Mr.Alaniz who was at work and did not file in person or otherwise. I declare under penalty of perjury that the foregoing is true and correct. My address is ███████████████████████████. Executed in Harris County, State of Texas, onMay 12, 2025.

_/s/ U.A. Lewis_